United States District Court
Southern District Of Texas
**FILED**
OCT 27 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Juan Jesus BARRON, YOB: 1958, USC<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-20-2300-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 26, 2020__ in the county of __Brooks__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. Section 841(a) | Possession with intent to distribute approximately 18 kilograms of crystal methamphetamine, a Schedule II Controlled Substance |
| Title 21 U.S.C. Section 846 | Conspiracy to possess with the intent to distribute approximately 18 kilograms of crystal methamphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See "Attachment A"
Submitted by reliable electronic means, sworn to and attested to telephinically per Fed.R.Cr.P.4.1, and probable cause found on:
Approved by: AUSA Patricia Profit

☑ Continued on the attached sheet.

/s/ Ashley Brazelton
*Complainant's signature*

Special Agent Ashley Brazelton, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/27/2020 @ 8:15 AM

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Scott Hacker
*Printed name and title*

ATTACHMENT A

On October 26, 2020, United States Border Patrol (BP) Agents conducting traffic check duties at the United States Border Patrol Checkpoint south of Falfurrias, Texas encountered Juan Jesus BARRON (hereafter BARRON, DOB: 07/05/1958) in silver Kia Sportage. During the encounter, Border Patrol Agent (BPA) Jon Hamman observed a single speaker box located in the rear of the vehicle. BPA Hamman requested consent to search the speaker box to which BARRON replied yes. Upon inspection, BPA Hamman observed that the speaker box was not wired to the vehicle, which was determined to be a rental. BPA Hamman also noticed that the weight of the speaker box was unusually heavy. BPA Hamman directed BARRON to secondary for further inspection and assistance by BPA K-9 handler Eliodoro Coy.

While in secondary inspection, BARRON was asked to exit the vehicle. BPA K-9 handler Coy and his K-9 "Leika" conducted a free air sniff of the vehicle to which K-9 Leika gave a positive alert to the presence of narcotic odor emitting from the speaker box. BP Agents opened the speaker box and observed a white crystal substance wrapped in aluminum and black plastic in a compartment inside the speaker box. Approximately 18 kilograms of a white crystal substance was extracted from the speaker box. A sample of the white crystal substance was tested which resulted in a positive indication for the presence of methamphetamine. BP subsequently placed BARRON under arrest and DEA McAllen agents were subsequently contacted.

On the same date, at approximately 8:50 p.m., DEA McAllen agents read BARRON his Miranda Rights in his preferred language of Spanish. BARRON acknowledged his Rights both verbally and in writing and agreed to speak with agents without an attorney present. BARRON admitted that he was aware that he was transporting narcotics inside the speaker box. BARRON stated that he was supposed to deliver the narcotic-laden speaker box to an unknown location in Dallas. BARRON stated he was expected to be paid $3,000.00 U.S. currency for the delivery. BARRON also admitted to agents that earlier this month, he had made two previous deliveries of narcotic-laden speaker boxes to Dallas and Houston in exchange for $3,000.00 U.S. currency and $2,000.00 U.S. currency respectively.